UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

February 10, 2020

Attn: **Rebecca Solarz, Esq.**

In re: **Bruce G. Hoffman**
Bk No. **20-10637-amc**
Adv No. n/a
Chapter **13**

RE: **Motion to Dismiss Case with Bar Order, or in the alternative, Motion for Relief from Stay filed by Visio Financial Services Inc. represented by REBECCA ANN SOLARZ (Counsel)**.

The above document was filed with this office on **February 7, 2020.** Please be advised that the Filing Fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|   |   |
|---|---|
| (  ) | Voluntary Petition Filing Fee |
| (  ) | Adversary Proceeding |
| (  ) | $31.00 Filing Fee for Amendments |
| (  ) | $25.00 Claims Transfer Fee |
| (**X**) | **Motion for Relief from Stay  -  Filing Fee  $ 181.00** |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

*By:* John B.
Deputy Clerk

*Fee Notice*
*(11/26/18)*