**LOCAL BANKRUPTCY FORM 9014-3**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE:  Bruce G. Hoffman

                Debtor | CHAPTER 13

VISIO FINANCIAL SERVICES INC.

                Movant

      vs.

                                    NO. 20-10637 AMC

Bruce G. Hoffman

                Debtor

William C. Miller Esq.

                Trustee | 11 U.S.C. Section 362

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

       VISIO FINANCIAL SERVICES INC. has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

       **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

       1.      If you do not want the court to grant the relief sought in the motion, then on or before February 21, 2020 you or your attorney must do all of the following:
          (a)     file an answer explaining your position at:
                United States Bankruptcy Court
                 Robert N.C. Nix Building
                900 Market Street, Suite 400
                Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
          (b)     mail a copy to movant's attorney:
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                Suite 5000 - BNY Mellon Independence Center
                701 Market Street
                Philadelphia, PA 19106-1532

       2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, the United States Bankruptcy Judge, in Courtroom No. 4 at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, Pa. 19107-4299 on March 3, 2020, at 11:00 a.m. , or as soon thereafter as counsel can be heard, to consider the motion.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant

February 7, 2020