## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Bruce G. Hoffman<br><br>           Debtor<br><br>VISIO FINANCIAL SERVICES INC.<br>           Movant<br>    vs.<br><br>Bruce G. Hoffman<br>           Debtor<br><br>William C. Miller Esq.<br>           Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 20-10637 AMC<br><br><br><br><br>11 U.S.C. Sections 105, 362, 1307 |

### CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of VISIO FINANCIAL SERVICES INC. to Dismiss and Bar Order or in the Alternative for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on February 7, 2020, by first class mail, and/or electronic means upon those listed below:

Debtor
Bruce G. Hoffman
805 Red Lion Road B40
Philadelphia, PA 19115

Attorney for Debtor
Jermaine D. Harris, Esq.
21 South 12th Street, Suite 100
Philadelphia, PA 19107

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: February 7, 2020        /s/Rebecca A. Solarz, Esquire
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              Phone: (215) 627-1322 Fax: (215) 627-7734
                              Attorneys for Movant/Applicant