United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bruce G. Hoffman  
    Debtor

Case No. 20-10637-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Virginia　　　Page 1 of 1　　　Date Rcvd: Feb 18, 2020  
　　　　　　　　　　　　Form ID: 152　　　Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
```
db            +Bruce G. Hoffman,    805 Red Lion Road B40,    Philadelphia, PA 19115-1469
14461899      +Citizens Bank,    237 Main Street,    Middletown, CT 06457-3429
14461900      +Target/TD,    PO Box 9500,    Minneapolis, MN 55440-9500
14463573      +VISIO FINANCIAL SERVICES INC.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14461895      +Visio Financial Services,    c/o Clearspring Loan Services,    18451 N Dallas Parkway #100,
                Dallas, TX 75287-5209
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Feb 18 2020 18:17:23      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2020 18:16:53
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2020 18:17:18      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14461903      +E-mail/Text: bkrpt@retrievalmasters.com Feb 18 2020 18:17:07      AMCA,
                4 Westchester Plaza #110,    Elmsford, NY 10523-1615
14461894      +E-mail/Text: bankruptcy@bbandt.com Feb 18 2020 18:16:45      BB & T Mortgage,   PO Box 580506,
                Charlotte, NC 28258-0506
14461896      +E-mail/Text: bk.notifications@jpmchase.com Feb 18 2020 18:16:49      Chase Auto Finance,
                PO Box 901076,    Fort Worth, TX 76101-2076
14461898      +E-mail/Text: bankruptcycollections@citadelbanking.com Feb 18 2020 18:17:35      Citadel FCU,
                520 Eagleview Boulevard,    Exton, PA 19341-1119
14461901      +E-mail/Text: bncnotices@becket-lee.com Feb 18 2020 18:16:41      Kohls/Capone,    PO Box 2983,
                Milwaukee, WI 53201-2983
14461902       E-mail/Text: camanagement@mtb.com Feb 18 2020 18:16:47      M&T Bank,    PO Box 844,
                Buffalo, NY 14240
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JERMAINE D. HARRIS    on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com
              REBECCA ANN SOLARZ    on behalf of Creditor   VISIO FINANCIAL SERVICES INC. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Bruce G. Hoffman
    Debtor(s)

Case No: 20−10637−amc
Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 5/5/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

21
Form 152