**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                  :         Case# 20-10637
    Bruce G. Hoffman                                  :
                                                                        :
_____     :

**ORDER**

AND NOW, this 25th day of February, 2020, upon consideration of Debtor Bruce Hoffman's Motion to Extend the Automatic Stay and any response thereto

IT IS HEREBY ORDERED that the Automatic Stay as stated in 11 U.S.C. Section 362(a) is extended as to all of Debtor's creditors forthwith.

_____
Ashely M. Chan
United States Bankruptcy Judge