**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In re:                                    :                    CHAPTER 13
      Bruce Hoffman    :
                           :                    Case# 20-10637
_____ :

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Debtor Bruce Hoffman has filed a Motion To Sell Property.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Objection, then on or before March 10, 2020, you or your attorney must do all of the following:

    (a)  file an answer explaining your position at:

        Clerk's Office, U.S. Bankruptcy Court
        The Robert Nix Building
        900 Market Street
        Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the Movant's attorney

        Jermaine Harris, Esquire
        100 South Broad Street, Suite 1523
        Philadelphia, PA 19110

2. If you or attorney do not take the steps described in paragraphs 1(a) and 1(b) above and Attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held on March 17, 2020 at 11:00 am in Courtroom 4, United States Bankruptcy Court, the Robert Nix Building, 900 Market Street, Philadelphia, PA 19107 unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bank.P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you to request a copy from the attorneys named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215)408-2800 to find out whether the hearing has been cancelled because no one has filed an answer.

February 25, 2020

**CERTIFICATE OF SERVICE**

    I, Jermaine Harris, Esquire, attorney for the Debtor in the above-captioned matter do hereby certify that I sent to the Trustee and all interested parties as reflected in Debtor's Matrix in the above captioned case, a true and correct copy of the foregoing by first class mail or electronic mail and Notice of Motion thereof on February 25, 2020.

Dated:  February 25, 2020

\s\
_____
Jermaine Harris, Esquire