United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 20-10637-amc
Bruce G. Hoffman                                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 1               Date Rcvd: Feb 25, 2020
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db         +Bruce G. Hoffman,    805 Red Lion Road B40,    Philadelphia, PA 19115-1469
cr         +VISIO FINANCIAL SERVICES INC.,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JERMAINE D. HARRIS    on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com
              REBECCA ANN SOLARZ    on behalf of Creditor   VISIO FINANCIAL SERVICES INC. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                        :          Case# 20-10637
    Bruce G. Hoffman              :
                                              :
_____  :

**ORDER**

AND NOW, this 25th day of February, 2020, upon consideration of Debtor Bruce Hoffman's Motion to Extend the Automatic Stay and any response thereto

IT IS HEREBY ORDERED that the Automatic Stay as stated in 11 U.S.C. Section 362(a) is extended as to all of Debtor's creditors forthwith.

_____
Ashely M. Chan
United States Bankruptcy Judge