IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bruce G. Hoffman<br>　　　　　　Debtor | CHAPTER 13 |
| VISIO FINANCIAL SERVICES INC.<br>　　　　　　Movant<br>vs.<br>Bruce G. Hoffman<br>　　　　　　Debtor | NO. 20-10637 AMC |
| William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Sections 362, 105 and 1307 |

## ORDER

AND NOW, this _____ day of __March__, 2020 upon consideration of the Motion of VISIO FINANCIAL SERVICES INC. to Dismiss the Bankruptcy Case of Bruce G. Hoffman, pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and any response thereto, it is hereby

ORDERED AND DECREED ~~that the Motion be, and it is hereby, GRANTED and this case is DISMISSED;~~ and it is hereby

~~FURTHER ORDERED AND DECREED~~ that the Motion be, and it is hereby, GRANTED and VISIO FINANCIAL SERVICES INC. is hereby granted in rem relief from the automatic stay to proceed with the exercise of all its rights and remedies with respect to the real property located at 1828 West Venango Street, Philadelphia, PA 19140 ("Property), and it is hereby

~~FURTHER ORDERED AND DECREED that the Debtor is hereby prohibited from filing another bankruptcy case for a period of one year from the date of the entry of this Order;~~ and it is hereby

FURTHER ORDERED AND DECREED that the automatic stay shall not apply to the Property for a period of one year from the date of this Order.

_____
United States Bankruptcy Judge.

Bruce G. Hoffman
805 Red Lion Road B40
Philadelphia, PA 19115

Jermaine D. Harris Esq.
21 South 12th Street, Suite 100 (VIA ECF)
Philadelphia, PA 19107

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

