United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bruce G. Hoffman  
    Debtor

Case No. 20-10637-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John        Page 1 of 1        Date Rcvd: Mar 11, 2020  
                        Form ID: pdf900    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
```
db             +Bruce G. Hoffman,    805 Red Lion Road B40,    Philadelphia, PA 19115-1469
cr             +Specialized Loan Servicing, LLC,    PO Box 829009,    Dallas, TX 75382-9009
cr             +VISIO FINANCIAL SERVICES INC.,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14463573       +VISIO FINANCIAL SERVICES INC.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14461895       +Visio Financial Services,    c/o Clearspring Loan Services,    18451 N Dallas Parkway #100,
                 Dallas, TX 75287-5209
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 12 2020 03:37:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2020 03:37:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 12 2020 03:37:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JERMAINE D. HARRIS    on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com
              MICHAEL J. CLARK    on behalf of Creditor    Specialized Loan Servicing, LLC mjclark@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VISIO FINANCIAL SERVICES INC. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: Bruce G. Hoffman | |
|---|---|
| Debtor | CHAPTER 13 |
| VISIO FINANCIAL SERVICES INC. | |
| Movant | |
| vs. | NO. 20-10637 AMC |
| Bruce G. Hoffman | |
| Debtor | |
| William C. Miller Esq. | |
| Trustee | 11 U.S.C. Sections 362, 105 and 1307 |

## ORDER

AND NOW, this 13th day of March, 2020 upon consideration of the Motion of VISIO FINANCIAL SERVICES INC. to Dismiss the Bankruptcy Case of Bruce G. Hoffman, pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and any response thereto, it is hereby

ORDERED AND DECREED ~~that the Motion be, and it is hereby, GRANTED and this case is DISMISSED; and~~ it is hereby

FURTHER ~~ORDERED AND DECREED~~ that the Motion be, and it is hereby, GRANTED and VISIO FINANCIAL SERVICES INC. is hereby granted in rem relief from the automatic stay to proceed with the exercise of all its rights and remedies with respect to the real property located at 1828 West Venango Street, Philadelphia, PA 19140 ("Property), and it is hereby

~~FURTHER ORDERED AND DECREED that the Debtor is hereby prohibited from filing another bankruptcy case for a period of one year from the date of the entry of this Order;~~ and it is hereby

FURTHER ORDERED AND DECREED that the automatic stay shall not apply to the Property for a period of one year from the date of this Order.

United States Bankruptcy Judge.

Bruce G. Hoffman
805 Red Lion Road B40
Philadelphia, PA 19115

Jermaine D. Harris Esq.
21 South 12th Street, Suite 100 (VIA ECF)
Philadelphia, PA 19107

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532