**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In Re:                              :          Bankruptcy Case# 20-10637
    Bruce G. Hoffman          :
                                            :
_____:

**ORDER**

    AND NOW, this _____ day of _____, 2020 upon consideration of Debtor's Motion to Sell Real Estate,

    IT IS HEREBY ORDERED that said Motion is GRANTED and Debtor may sell the real estate located at 809 B40 Red Lion Road, Philadelphia, PA 19115.

**Date: March 17, 2020**             _____
                                                             J.