```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 20-10637-amc
Bruce G. Hoffman                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                  Page 1 of 1                  Date Rcvd: Mar 17, 2020
                               Form ID: pdf900             Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.
```
db             +Bruce G. Hoffman,    805 Red Lion Road B40,    Philadelphia, PA 19115-1469
cr             +Specialized Loan Servicing, LLC,    PO Box 829009,    Dallas, TX 75382-9009
cr             +VISIO FINANCIAL SERVICES INC.,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 18 2020 04:20:00      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 18 2020 04:19:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 18 2020 04:19:50      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JERMAINE D. HARRIS    on behalf of Debtor Bruce G. Hoffman jermaineh02@msn.com
              MICHAEL J. CLARK    on behalf of Creditor    Specialized Loan Servicing, LLC pabk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VISIO FINANCIAL SERVICES INC. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re:                                    :          Bankruptcy Case# 20-10637
    Bruce G. Hoffman           :
                                              :
_____:

**ORDER**

    AND NOW, this _____ day of _____, 2020 upon consideration of Debtor's Motion to Sell Real Estate,

    IT IS HEREBY ORDERED that said Motion is GRANTED and Debtor may sell the real estate located at 809 B40 Red Lion Road, Philadelphia, PA 19115.

**Date: March 17, 2020**                           _____
                                                                                                  J.