# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10637-AMC

BRUCE G. HOFFMAN

805 RED LION ROAD
B40
PHILADELPHIA, PA 19115-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BRUCE G. HOFFMAN

    805 RED LION ROAD
    B40
    PHILADELPHIA, PA 19115-


Counsel for debtor(s), by electronic notice only.

    JERMAINE D HARRIS

    21 SOUTH 12TH ST., STE 100
    PHILADELPHIA, PA 19107-

Date: 6/25/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee